**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

DOUGLAS L. EDGE,

Plaintiff,

vs. CV 01-1296 RHK/SRN

CITY OF ST. PAUL,
DEPARTMENT OF FIRE AND SAFETY
SERVICES,

Defendants.

**NOTICE OF JURY TRIAL**

A JURY TRIAL is scheduled for Monday, October 28, 2002, at 9:00 AM, before Judge Richard H. Kyle, in Courtroom #4, 7th floor, 316 North Robert Street, St. Paul.

October 9, 2002

RICHARD D. SLETTEN
Clerk of U.S. District Court

Deborah Siebrecht, Deputy Clerk
651-848-1166

cc: All Counsel

Filed OCT 0 9 2002
Richard D. Sletten, Clerk

By: